NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**CELESTINE PORTER,**
*Petitioner,*

**v.**

**DEPARTMENT OF THE NAVY,**
*Respondent.*

---

2013-3013

---

Petition for review of the Merit Systems Protection Board in No. DC0752120092-I-1.

---

**JUDGMENT**

---

MORRIS E. FISCHER, Law Office of Morris E. Fischer, of Silver Spring, Maryland, argued for petitioner.

PHYLLIS JO BAUNACH, Trial Attorney, Commercial Litigation Branch, Civil Division, United States Department of Justice, of Washington, DC, argued for respondent. On the brief were STUART F. DELERY, Principal Deputy Assistant Attorney General, JEANNE E. DAVIDSON, Director, TODD M. HUGHES, Deputy Director, and JANE C. DEMPSEY, Trial Attorney. Of counsel was TRACEY ROCKENBACH,

Naval Litigation Office, United States Department of Navy, of Washington, DC.

—————————————

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:


PER CURIAM (PROST, CLEVENGER, and LINN, *Circuit Judges*).

**AFFIRMED.  *See* Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT


July 18, 2013 ⎯⎯⎯                 /s/ Daniel E. O'Toole
      Date                                Daniel E. O'Toole
                                          Clerk